UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
 IN RE:                                                                  :
                                                                         :
GENERAL MOTORS LLC IGNITION SWITCH        :        14-MD-2543 (JMF)
LITIGATION                                                       :
                                                                         :        ORDER TO SHOW
*This Document Relates To:*                                 :        CAUSE
*Trent v. General Motors LLC, 18-CV-229 (JMF)*     :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The Complaint in this case was filed with the Court on November 29, 2017, *see* 18-CV-229, Docket No. 1, but the docket does not reflect that the Complaint was ever served on Defendant Leah Huffman. On July 22, 2019, Plaintiff's claims against General Motors LLC were voluntarily dismissed by stipulation. *See* Docket No. 6965.

In light of the foregoing, Plaintiff is hereby ORDRED to show cause, in writing, as to why Plaintiff has failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure or, if Plaintiff believes that Defendant Leah Huffman has been served, when and in what manner such service was made. Further, if Plaintiff believes that Defendant Leah Huffman has been served, she shall also show cause, in writing, why the Court should not issue a Suggestion of Remand as to her remaining claims in light of dismissal of all claims against General Motors LLC.

If the Court does not receive any communication from Plaintiff by **August 5, 2019**, in compliance with the requirements listed above, the Court will dismiss the case without further notice.

Finally, Plaintiff is directed (1) to notify Defendant Leah Huffman's attorneys in this action by serving upon each of them a copy of this Order and (2) to file proof of such notice with the Court by **July 26, 2019**. If unaware of the identity of counsel for Defendant Leah Huffman, counsel receiving this order must forthwith send a copy of this Order to that party personally.

SO ORDERED.

Dated: July 23, 2019
       New York, New York                                    _____
                                                                           JESSE M. FURMAN
                                                                           United States District Judge