UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*Trent v. General Motors LLC, 18-CV-229 (JMF)*
-----------------------------------------------------------------------------x

14-MD-2543 (JMF)

SUGGESTION OF REMAND

JESSE M. FURMAN, United States District Judge:

      On July 22, 2019, the Court dismissed Plaintiff Kimberly Trent's claims against General Motors LLC ("New GM") by stipulated voluntary dismissal.  *See* 14-MD-2543, ECF No. 6965; 18-CV-229, ECF No. 45.  Plaintiff's only remaining claim is for negligence against Leah Huffman, the driver of the vehicle that Plaintiff alleges collided with her own.  *See* 18-CV-229, ECF No. 1, ¶¶ 2.2, 3.1-3.2 [sic].  On July 23, 2019, the Court ordered Plaintiff's counsel to submit proof that the complaint had been served on Huffman and, if it had, to "show cause, in writing, why the Court should not issue a Suggestion of Remand as to her remaining claims in light of [the] dismissal of all claims against [New GM]."  14-MD-2543, ECF No. 6966; 18-CV-229, ECF No. 46.  On July 26, 2019, Plaintiff submitted a response to the Court's Order, confirming that Huffman was indeed served and "agree[ing that] the Court should issue a Suggestion of Remand to the transferor court to adjudicate the remaining claims" because "the claims against [New] GM were the basis for the transfer to this MDL."[1]

      The Court agrees that there is no reason or basis to keep this case — *Trent v. General Motors LLC*, 18-CV-229 (S.D.N.Y.), 17-CV-1906 (D. Or.) — within the MDL given that all claims against New GM have been dismissed.  Accordingly, the Court hereby formally suggests that the Judicial Panel on Multidistrict Litigation ("JPML") remand the case to the United States District Court of the District of Oregon for further proceedings.  *See* Judicial Panel on Multidistrict Litig. R. 10.1, 10.3.

      Plaintiff is ordered to serve Ms. Huffman with this Order no later than **July 31, 2019**, and to file proof of such service within two days of the date on which he receives ECF filing privileges.  The Clerk of Court is directed to send a copy of this Order to the JPML and to terminate as moot any open motions in 18-CV-229.

      SO ORDERED.

Dated: July 29, 2019
       New York, New York

                                       JESSE M. FURMAN
                                       United States District Judge

---

[1] Counsel's submission was made by email because he does not yet have ECF privileges in this District.  The Court will docket the submission separately today.